CHARLES SPIELMAN et al., appellants,

v.

FRANCIS W. KNOWLES, receiver of The Graham Button Co., respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Receiver of Graham Button Co.* v. *Spielman, 5 Dick. Ch. Rep. 120.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.

---

UNITED STATES TRUST COMPANY OF NEW YORK, appellant,

v.

THOMAS LANAHAN et al., respondents.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Lanahan* v. *Lawton, 5 Dick. Ch. Rep. 276.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.